AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| OREREE DWIGHT HILL, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> _____ ) <br> THE COUNTY ADMINISTRATION BOARD, ) <br> DISTRICT HOME LAND AND SECURITY, ) <br> and THE LEGAL STATE DEPARTMENT, ) <br> Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br> CASE NO. 5:10-CV-183-F |

**Decision by Court.**

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for failure to state a claim and as frivolous pursuant to 28 U.S. C. § 1915.


    THE ABOVE JUDGMENT WAS ENTERED TODAY, **April 19, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Oreree Dwight Hill (via regular mail to 220 Snow Avenue, Raleigh, NC 27603)


April 19, 2011                                                         DENNIS P. IAVARONE
Date                                                                Clerk of Court

                                                                                /s/ Susan K. Edwards
                                                                                *(By) Deputy Clerk*
                                                                                *Wilmington, NC*